Form ntcphoto

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19–24216–JKS
    Chapter: 7
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alice A. Jay
   aka Alice Ann Jaroszewsky
   108 Meyerville Road
   Chatham, NJ 07928

Social Security No.:
   xxx–xx–3732

Employer's Tax I.D. No.:

## Notice of Requirement to Submit Photo ID

    Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

    The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 7/23/19, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- [x] debtor
- [ ] joint debtor

    is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by August 6, 2019. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: July 23, 2019
JAN: wdh

                                         Jeanne Naughton
                                         Clerk