UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50 Walnut Street
Newark, NJ 07102

Order Filed on July 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Alice A. Jay

| | |
|---|---|
| Case No.: | 19-24216 |
| Chapter: | 7 |
| Judge: | Sherwood |

**ORDER ON THE APPLICATION TO HAVE THE
CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

After considering the debtor's *Application to Have the Chapter 7 Filing Fee* Waived the court orders that the application is:

❏ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☑ **Denied.** The debtor must pay the filing fee according to the following terms:

You must pay …..         On or before this date …..

$ _____83.75    August 5, 2019_____ (month/day/year)

$ _____83.75    September 5, 2019_____ (month/day/year)

$ _____83.75    October 4, 2019_____ (month/day/year)

$ _____83.75    November 5, 2019_____ (month/day/year)

Total: $ _____335.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❏ Scheduled for Hearing

A hearing to consider the debtor's application will be held on _____ at _____ __M at:

Courthouse address: _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/14*