UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Barry J. Roy
*Proposed Counsel to Jay L. Lubetkin, Esq.,*
*Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>ALICE A. JAY,<br><br>    Debtor. | Case No. 19-24216 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

## TRUSTEE'S OBJECTION TO CLAIMED HOMESTEAD EXEMPTION

Jay L. Lubetkin, Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby files and serves his objection to the Debtor's claimed homestead exemption pursuant to 11 U.S.C. § 522(d)(1):

### Factual Background

1. On July 23, 2019, the Debtor, *pro se*, filed a Voluntary Petition pursuant to the provisions of Chapter 7 of the United States Bankruptcy Code.

2. Jay L. Lubetkin was subsequently appointed as Chapter 7 Trustee (the "Trustee").

3. The Debtor, on Schedule A of her bankruptcy petition, identified an ownership interest in real property located at 108 Meyersville Road, Chatham, New Jersey (the "House").

4. The Debtor, on Schedule C of her bankruptcy petition, elected to take a homestead exemption of $400,000 for the House pursuant to 11 U.S.C. § 522(d)(1).

5. Pursuant to the terms of the Bankruptcy Code, an individual is entitled to exempt only $23,675 in equity in a homestead.

2

**WHEREFORE,** Jay L. Lubetkin, Chapter 7 Trustee, respectfully requests entry of an Order disallowing one of the Debtor's homestead exemption in the amount of $400,000.

                                            RABINOWITZ, LUBETKIN & TULLY, LLC

Dated:  October 23, 2019        BY:  /s/ Barry J. Roy
                                                  BARRY J. ROY

F:\Client_Files\A-M\Jay\Objection to Debtor's Exemption.doc

2