# NOTICE TO UNITED STATES TRUSTEE
# CHANGE OF
# NO-ASSET CHAPTER 7 CASE TO
# ASSET CHAPTER 7 CASE

The following No Asset Chapter 7 Case should be designated as an Asset Chapter 7 case:

**Name of Case:**    ALICE A. JAY

**Case Number:**    19-24216 JKS

**Amount of Funds on Hand:  $0.00**

If there are no funds on hand but assets that will produce funds for this estate, indicated actual or estimated value of the assets:

**Actual Value:  $Unknown**

**Estimate Value: $Unknown**

Other information relating to the status of the case:  Potential equity in real property

**/s/   Jay L. Lubetkin**
**Chapter 7 Trustee**

**DATE:  December 20, 2019**