UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: 19-24216 (JKS)
JAY, ALICE A.     Chapter: 7
    Judge: JOHN K. SHERWOOD

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on February 11, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 108 Meyersville Road<br>Chatham, NJ 07928<br><br>Current Market Value: $500,000.00 |

| | |
|---|---|
| Liens on property: | $562,668.50 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039
TELEPHONE NO: (973) 597-9100
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100
DATED: January 7, 2020